**Neil Jason WILLIAMS, Petitioner—Appellant,**

v.

**Thomas L. McBRIDE, Warden, Respondent—Appellee.**

No. 08–8278.

United States Court of Appeals, Fourth Circuit.

Submitted: June 11, 2009.

Decided: June 30, 2009.

Neil Jason Williams, Appellant Pro Se. R. Christopher Smith, Dawn Ellen Warfield, Deputy Attorney General, Office of the Attorney General, Charleston, West Virginia, for Appellee.

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Neil Jason Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. McBride,* No. 2:06–cv–00124–REM–JSK, 2008 WL 2915436 (N.D.W.Va. July 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*